## MOGLE *v.* POLEDOR ET AL.

[No. 11,965.    Filed March 17, 1926.]

From St. Joseph Superior Court; *J. Fred Bingham,* Judge.

Action by James A. Mogle against Eustis Poledor and others. From a judgment for defendants, the plaintiff appeals. *Affirmed.* By the court in banc.

*Walter A. Rice, Louis M. Hammerschmidt* and *Walter R. Arnold,* for appellant.

*Graham & Crane* and *Shively, Gilmer & Doran,* for appellees.

McMahan, J.—Judgment affirmed on the authority of *Moran v. Poledor* (1926), *ante* 266.

---

## AURORA BRICK COMPANY *v.* BALDRY, JR., ET AL.

[No. 12,562.    Filed March 17, 1926.]

From Industrial Board of Indiana.

Proceeding under the Workmen's Compensation Act by Harry Baldry, Jr., by Harry Baldry, Sr., his next friend, against the Aurora Brick Company. From award for claimant, the defendant appeals. *Reversed.* By the court in banc.

*Elmer E. Stevenson,* for appellant.
*Charles Fox,* for appellee.

Nichols, C. J.—Reversed, on the authority of *In re Stoner* (1920), 74 Ind. App. 324, 128 N. E. 938, and of *In re Industrial Board* (1923), 79 Ind. App. 669, 139 N. E. 387, with instructions to dismiss the application.